**FILED**

12/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0696

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0696

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SARAH LOUISE CARPENTER, a/k/a
SARAH LOUISE SKINNER

      Defendant and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 3, 2021, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 23 2020